UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEANA CROMITIE, *on behalf of herself and all others similarly situated*,

                              Plaintiff,

                        v.

WENDELL AUGUST FORGE INCORPORATED,

                              Defendant.

23-cv-2072 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court ordered the parties to meet and confer within thirty (30) days of service of the summons and Complaint, and within forty-five (45) days, to submit a joint letter requesting either (1) referral to the court-annexed mediation program or a magistrate judge, or (2) an initial status conference. *See* Dkt. 5. The summons and complaint were served on April 10, 2023, and on April 18, 2023, Defendant filed a motion requesting an extension of the time by which to Answer until June 2, 2023, which the Court granted. *See* Dkt. 8. However, as of today's date, no Answer has been filed, and the parties have not filed a joint letter regarding the status of settlement or proposing mutually agreeable dates for an initial pretrial conference.

The parties shall submit their joint letter no later than September 7, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     August 30, 2023
             New York, New York

                                                        _____
                                                        Hon. Ronnie Abrams
                                                        United States District Judge